# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Freedom of the Press Foundation,**

Plaintiff,

v.

**Office of the Director of National Intelligence**

Defendant.

Case No. 1:25-cv-3386

### Certificate Required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia

I, the undersigned, counsel of record for Plaintiff Freedom of the Press Foundation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Freedom of the Press Foundation which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this Court may determine the need for recusal.

Date: September 24, 2025

*/s/ Matthew S.L. Cate*
Matthew S.L. Cate (#1720435)
**LAW OFFICE OF MATTHEW S.L. CATE**
101 Montgomery Street, Suite 900
San Francisco, CA  94014
Tel/Fax: 415-964-4400
matt@matthewcatelaw.com

*Counsel for Plaintiff*
*Freedom of the Press Foundation*