UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM OF THE PRESS FOUNDATION,<br><br>      Plaintiff,<br><br>     v.<br><br>OFFICE OF THE DIRECTOR OF<br>NATIONAL INTELLIGENCE<br><br>      Defendant. | Civil Action No. 25-3386 (CRC) |

**OPPOSED MOTION FOR A ONE-DAY EXTENSION OF
TIME TO FILE JOINT STATUS REPORT**

Defendant, the Office of the Director of National Intelligence ("ODNI"), respectfully moves for a one-day extension of time to file a joint status report in which the parties propose a schedule for disclosure. *See* Jan. 5, 2026 Min. Order. Pursuant to Local Civil Rule 7(m), the parties conferred, and Plaintiff opposes this very modest request. For the following reasons, good cause exists for granting this request.

The Court's January 5, 2026, Order directed the parties to file a joint proposed briefing schedule or a joint proposed schedule for disclosure by January 20, 2026. *See id.* On Friday, January 16, 2026, ODNI sent Plaintiff, via counsel, a one-page draft joint status report proposing a schedule for ODNI's final response to both of Plaintiff's FOIA requests by February 26, 2026. Given this status, ODNI did not expect the joint status report to be contested. Indeed, Plaintiff, via counsel, responded that same day requesting further information as to the content of ODNI's anticipated response, but never indicated that Plaintiff would be opposing the February 26, 2026, response date, which is what this Court's January 5, 2026 Minute Order asked the parties to address.

Then today, ODNI responded to Plaintiff's questions as to the content of the anticipated release. Thereafter, Plaintiff informed ODNI that Plaintiff would be seeking a Court Order requiring ODNI to complete production by January 30, 2026. Plaintiff's counsel then clarified Plaintiff's position at 2:32pm. Then, at 4:06pm, Plaintiff, via counsel, sent undersigned counsel for Defendant the full text of Plaintiff's position to include in the joint status report, which comprises an entire page of argument contesting Defendant's proposed scheduling order and requesting alternative relief. Undersigned counsel then explained to Plaintiff's counsel that she would need more time to work with ODNI to respond to this unexpected page of argument that Plaintiff included in the joint status report at 4pm the day it is due. Not only does undersigned counsel need time to prepare a response to Plaintiff's argument in the joint status report, but that response must also be cleared with ODNI and with the Department of Justice, given the fact that this joint status report is now contested. Plaintiff refused to consent to this one-day extension request.

Thus, to allow time for ODNI to review Plaintiff's contested position to the joint status report and prepare a response, with enough time for Department of Justice review and then for Plaintiff to review ODNI's response, thereafter, before filing, ODNI respectfully moves for this one-day extension until Wednesday, January 21, 2026, to file the parties' anticipated joint status report.

ODNI does not seek this request to cause any unnecessary delay, and no party will be prejudiced by this request for a one-day extension of time. Such request is being sought to allow time for undersigned counsel to confer with ODNI to address substantive matters added to the draft joint status report in late afternoon on the day it was due so that the parties can then finalize this

report to file it with the Court. Undersigned counsel recognizes that this request is being sought on the day the joint status report is due and apologizes for any inconvenience this causes to the Court.

WHEREFORE for the foregoing reasons, ODNI respectfully requests the Court grant the parties a one-day extension of time to file their joint status report. A proposed order consistent with this request is attached hereto.

Dated: January 20, 2026	Respectfully submitted,

JEANINE FERRIS PIRRO,
United States Attorney

By:  /s/ Anna D. Walker
ANNA D. WALKER
D.C. Bar No. 90037215
Assistant United States Attorney
United States Attorney's Office
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2544
Anna.Walker@usdoj.gov

*Counsel for United States of America*