UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM OF THE PRESS FOUNDATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICE OF THE DIRECTOR OF<br>NATIONAL INTELLIGENCE<br><br>　　　　Defendant. | Civil Action No. 25-3386 (CRC) |

# [PROPOSED] ORDER

Upon consideration Defendant, the Office of the Director of National Intelligence ("ODNI")'s opposed motion to extend time, the entire record in this case, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is granted; it is further

ORDERED that the parties shall file a joint status report by January 21, 2026.

It is SO ORDERED this _____ day of _____, 2026.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Christopher R. Cooper
　　　　　　　　　　　　　　　　　　　United States District Judge