UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREEDOM OF THE PRESS FOUNDATION,

*Plaintiff*,

v.

OFFICE OF THE DIRECTOR OF
NATIONAL INTELLIGENCE,

*Defendant*.

Civil Action No. 25-3386 (CRC)

## **SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney

Tara Derbisz as counsel of record for Defendants in this matter, who is substituting as counsel for

Assistant United States Attorney Anna D. Walker.

Dated: March 20, 2026

Respectfully submitted,

By:  */s/ Tara Derbisz*
TARA DERBISZ
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Phone:  (202) 809-0784
tara.derbisz@usdoj.gov

*Counsel for the United States of America*