UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREEDOM OF THE PRESS FOUNDATION,

*Plaintiff*,

v.

OFFICE OF THE DIRECTOR OF
NATIONAL INTELLIGENCE,

*Defendant*.

Civil Action No. 25-3386 (CRC)

## JOINT STATUS REPORT

Pursuant to this Court's June 23, 2026 Minute Order, Defendant, Office of the Director of National Intelligence ("ODNI"), and Plaintiff, Freedom of the Press Foundation, respectfully submit the following joint status report in this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 et seq. case.

As directed by the Court, ODNI issued its final response to both of Plaintiff's FOIA requests on February 26, 2026. The parties subsequently conferred via email and are now in the process of engaging in settlement negotiations regarding costs. Plaintiff has not identified any further objections to the productions, apart from those previously reported in the previous Status Report, ECF No. 14. ODNI is currently preparing a counteroffer to Plaintiff's settlement offer and plans to transmit that offer in the coming weeks.

In light of the status of this case, the parties respectfully propose that they submit a further joint status report on August 3, 2026, to apprise the Court as to the status of any negotiations aimed to resolve this matter and to set forth a schedule governing further proceedings, unless a stipulation of dismissal is filed before then.

Dated: July 20, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


/s/ Matthew S.L. Cate (with permission)

Matthew S.L. Cate (#1720435)
LAW OFFICE OF MATTHEW S.L. CATE
101 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel/Fax:415-964-4400
matt@matthewcatelaw.com

*Counsel for Plaintiff*
*Freedom of the Press Foundation*

By:  /s/ Tara Derbisz

TARA DERBISZ
D.C. Bar # 252597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 809-0784
Tara.derbisz@usdoj.gov

*Counsel for the United States of America*