UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREEDOM OF THE PRESS FOUNDATION,

*Plaintiff*,

v.

OFFICE OF THE DIRECTOR OF
NATIONAL INTELLIGENCE,

*Defendant*.

Civil Action No. 25-3386 (CRC)

**JOINT STATUS REPORT**

Pursuant to this Court's July 24, 2026 Minute Order, Defendant, Office of the Director of National Intelligence ("ODNI"), and Plaintiff, Freedom of the Press Foundation, respectfully submit the following joint status report in this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq.*, case.

As directed by the Court, ODNI issued its final response to both of Plaintiff's FOIA requests on February 26, 2026. The parties subsequently conferred via email and are now in the process of engaging in settlement negotiations regarding costs. Plaintiff has not identified any further objections to the productions, apart from those previously reported in the previous Status Report, ECF No. 14. The parties are currently exchanging settlement proposals to obviate the need for further litigation in this case.

In light of this, the parties respectfully propose that they submit a further joint status report on September 1, 2026, to apprise the Court as to the status of any negotiations aimed to resolve this matter and to set forth a schedule governing further proceedings, unless a stipulation of dismissal is filed before then.

Dated: August 3, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


| /s/ Matthew S.L. Cate (with permission) | By: /s/ Tara Derbisz |
|---|---|
| Matthew S.L. Cate (#1720435) | TARA DERBISZ |
| LAW OFFICE OF MATTHEW S.L. CATE | D.C. Bar # 252597 |
| 101 Montgomery Street, Suite 900 | Assistant United States Attorney |
| San Francisco, CA 94104 | 601 D Street, NW |
| Tel/Fax:415-964-4400 | Washington, DC 20530 |
| matt@matthewcatelaw.com | (202) 809-0784 |
| | Tara.derbisz@usdoj.gov |
| *Counsel for Plaintiff* | |
| *Freedom of the Press Foundation* | *Counsel for the United States of America* |