UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM OF THE PRESS FOUNDATION,<br>*Plaintiff*,<br>v.<br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br>*Defendant*. | Civil Action No. 25-3386 (CRC) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: September 1, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Matthew S.L. Cate (with permission)*
Matthew S.L. Cate (#1720435)
LAW OFFICE OF MATTHEW S.L. CATE
101 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel/Fax:415-964-4400
matt@matthewcatelaw.com

*Counsel for Plaintiff*

*By:/s/ Tara Derbisz*
TARA DERBISZ
D.C. Bar #252597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel: (202) 809-0784
Tara.derbisz@usdoj.gov

*Attorneys for the United States of America*